UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TURIYAN M. GOLD, | CASE NO. 2:25-cv-02146-JHC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter comes before the Court sua sponte.  The Court previously ordered Plaintiff to show cause why this matter should not be dismissed for Plaintiff's failure to serve Defendant with a summons and copy of the complaint.  *See* Dkt. # 12; *see also* Fed. R. Civ. P. 4(m).  Plaintiff has failed to show cause.  Accordingly, the Court DISMISSES the case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 10th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 1